UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FORTIS CORPORATE INSURANCE<br>(As Subrogee of TRADE ARBED, INC.),<br><br>Plaintiff,<br><br>v.<br><br>M/V LANGESUND, her engines, boilers,<br>tackle, appurtenances, etc., in rem,<br>LANGESUND, D.A., ATLANTIC ICE<br>CARRIERS, B.V., LOGISTEC<br>CONNECTICUT, INC., and LOGISTEC<br>U.S.A., INC. in personam,<br><br>Defendants. | CASE NO.: 3:02CV1991 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 28, 2003 |

FILED
2003 OCT 28 P 2: 59
US DISTRICT COURT
HARTFORD CT

**DEFENDANT LOGISTEC USA INC. AND LOGISTEC CONNECTICUT INC.'S
ANSWER TO CO-DEFENDANT ATLANTIC ICE CARRIERS, B.V.'S
CROSS-CLAIM, WITH CROSS-CLAIMS**

Defendants Logistec USA Inc. and Logistec Connecticut Inc. (collectively "Logistec") hereby answer the co-defendant Atlantic Ice Carriers, B.V.'s Cross-Claim dated October 8, 2003 as follows:

1. Paragraph 1 pleads legal conclusions to which no response is required.

2. Logistec admits so much of Paragraph 2 as alleges that Logistec USA Inc. is and was at all relevant times a corporation duly organized and existing pursuant to law, but denies that Logistec Connecticut Inc. is or was at all times relevant hereto an extant corporation.

3.     Logistec lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and therefore leaves the cross-claim plaintiff to its proof.

4.     Logistec denies so much of Paragraph 4 as alleges that any loss and/or damage of plaintiff was caused by Logistec's negligence, breach of contract (express or implied), breach of warranty (express or implied), and/or any carelessness or fault on the part of Logistec.

5.     Logistec denies the allegations contained in Paragraph 5.

## CROSS-CLAIM AGAINST CO-DEFENDANTS ATLANTIC ICE CARRIERS, B.V. AND LANGESUND, D. A.

This is a claim under the Court's admiralty and maritime jurisdiction, and under the Court's diversity and pendent jurisdiction.

1.     At all relevant times Atlantic Ice Carriers, B.V. was and is a corporation or other entity organized and existing under the laws of a foreign country.

2.     At all relevant times Langesund, D.A. was and is a corporation or other entity organized and existing under the laws of a foreign country.

3.     Logistec USA Inc. is a domestic corporation organized under the laws of the State of Connecticut.

4.     If Plaintiff suffered any loss and/or damage, which is expressly denied, the loss and/or damage was caused solely by the negligence, breach of contract (express or implied), breach of

warranty, (express or implied), and/or the fault of co-defendants Atlantic Ice Carriers, B.V. or Langesund, D.A.

5.  That if defendant Logistec is found responsible for any of the loss and/or damage alleged by Plaintiff herein, it is entitled to indemnification and/or contribution in whole or in part from the co-defendants Atlantic Ice Carriers, B.V. and/or Langesund, D.A. for said losses and/or damage, including costs and reasonable counsel fees.

**WHEREFORE**, Defendant Logistec demands judgment dismissing the Amended Verified Complaint herein, along with costs, fees, including reasonable attorneys' fees and disbursements of this action and further demands judgment against co-defendants Atlantic Ice Carriers, B.V. and Langesund, D.A. for all sums which may be recovered by Plaintiff against defendant Logistec, including costs, disbursements and legal fees incurred in defending this action and for such other, further and different relief as the Court may deem just and proper.

ATTORNEYS FOR THE DEFENDANTS,
LOGISTEC USA INC. AND
LOGISTEC CONNECTICUT INC.

By_____
    S. Peter Sachner (ct13421)
    Timothy P. Jensen (ct18888)
    TYLER COOPER & ALCORN, LLP
    205 Church Street, P.O. Box 1936
    New Haven, Connecticut 06509-1910
    Telephone: (203) 784-8200
    Facsimile:  (203) 789-8069
    E-Mail:    sachner@tylercooper.com
    E-Mail:    jensen@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid to all counsel and pro se parties of record as follows on this 28th day of October, 2003:

Frederick A. Lovejoy, Esquire
Lovejoy & Associates
276 Center Road
Easton, Connecticut 06612

Patrick F. Lennon, Esquire
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

_____
Timothy P. Jensen (ct 18888)