UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FORTIS CORPORATE. INSURANCE.,<br>(as Subrogee of TRADE ARBED, INC.)<br><br>Plaintiff,<br><br>V.<br><br>M/V LANGESUND, her engines, boilers,<br>tackle, appurtenances, etc., in rem,<br>LANGESUND, D.A., ATLANTIC ICE<br>CARRIERS, B.V., LOGISTEC<br>CONNECTICUT, INC. and LOGISTEC<br>U.S.A., INC. in personam,<br><br>Defendants. | FILED<br><br>2003 OCT 28 P 2: 59<br><br>US DISTRICT COURT<br>HARTFORD CT<br><br>Case No.<br>3:02CV1991 (CFD)<br><br><br><br>OCTOBER 28, 2003 |

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this case for Defendants Logistec U.S.A., Inc. and Logistec Connecticut, Inc.

October 28, 2003
Date

Signature

Timothy P. Jensen
Print Name

ct 18888
Connecticut Federal Bar Number

(203) 784-8200
Telephone Number

Tyler Cooper & Alcorn, LLP
Firm Name

(203) 789-8069
Fax Number

205 Church Street, P.O. Box 1936
Address

jensen@tylercooper.com
E-Mail

New Haven    Connecticut    06509-1910
City                State             Zip Code

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Frederick A. Lovejoy
Lovejoy & Associates
3695 Post Road
Southport, Connecticut 06890

Patrick F. Lennon, Esquire
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

    on this the 28th day of October, 2003.

_____
Timothy P. Jensen (ct18888)