UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -6  A 9: 46
US DISTRICT COURT
HARTFORD CT

FORTIS CORPORATE INSURANCE
(As Subrogee of TRADE ARBED, INC.)
    Plaintiff,

v.

M/V LANGESUND, her engines, boilers,
Tackle, appurtenances, etc., in rem, et al.
    Defendants.

Civil Action No. 3:02 CV 1991 (CFD)

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)

\_X\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 5th day of ~~October~~ Nov. 2003, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge