UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X
FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

                    Plaintiff,                    3:02CV1991 (CFD)

   -against-

M/V LANGESUND, her engines, boilers, tackle,
Appurtenances, etc. in rem, LANGESUND, D.A.,
ATLANTIC ICE CARRIERS, B.V., LOGISTEC           December 5, 2003
CONNECTICUT, INC., and LOGISTEC USA, INC.
in personam,

                    Defendants.
------------------------------------------------------------X

**DEFENDANTS ATLANTIC ICE CARRIERS B.V. AND
LANGESUND D.A.'S ANSWER TO CO-DEFENDANTS' CROSS-CLAIMS**

Defendants Atlantic Ice Carriers, B.V. (hereinafter "AIC") and Langesund D.A. (hereinafter "Langesund") by their attorneys, Tisdale & Lennon, LLC, as and for their Answer to the cross-claims of co-defendants Logistec Connecticut, Inc. and Logistec USA, Inc. (hereinafter collectively referred to as "Logistec"), allege upon information and belief as follows:

AIC and Langesund deny that Logistec's cross-claim is a claim under the Court's admiralty and maritime jurisdiction, diversity jurisdiction or pendent jurisdiction.

1.     Admitted.

2.     Admitted.

3.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in the third paragraph of Logistec's cross-claim.

4.     Denied.

5.     Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Logistec's cross-claims fail to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Any damages sustained by Plaintiff, as alleged in the Amended Verified Complaint, were proximately, directly, and solely caused by the negligent acts of third persons, including but not limited to the Logistec defendants, over whom neither AIC nor Langesund had control.

WHEREFORE, Defendants Langesund, D.A. and Atlantic Ice Carriers B.V. demand judgment dismissing the cross-claims of Logistec Connecticut Inc. and Logistec USA, Inc., together with their costs, fees, including reasonable attorneys' fees and disbursements in defending such cross-claims and for such other, further and different relief as the Court may deem just and proper.

> The Defendants,
> LANGESUND D.A.
> ATLANTIC ICE CARRIERS, B.V.
>
> By: _(signature)_
> Patrick F. Lennon (CT-11950)
> TISDALE & LENNON, LLC
> 10 Spruce Street
> Southport, CT 06890
> (203) 254-8474
> (203) 254-1641 fax
> plennon@tisdale-lennon.com

AFFIRMATION OF SERVICE

Patrick F. Lennon, an attorney duly admitted to practice before this Honorable Court, affirms that on this 5th day of December 2003, I served a copy of the foregoing ANSWER TO CROSS CLAIMS by first class United States Mail, postage pre-paid, upon the following:

Frederick A. Lovejoy
Lovejoy & Associates
276 Center Road
Easton, CT 06612

S. Peter Sachner
Tyler, Cooper & Alcorn
205 Church Street,
P.O. Box 1936
New Haven, CT 06509-1910

_____
Patrick F. Lennon