UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

                 Plaintiff,

   -against-

M/V LANGESUND, her engines, boilers, tackle,
appurtenances, etc. in rem, LANGESUND, D.A.,
ATLANTIC ICE CARRIERS, B.V., LOGISTEC
CONNECTICUT, INC., and LOGISTEC USA, INC.
in personam,

                 Defendants.
---------------------------------------------------------------

FILED
2004 JAN 26  P 2:37
U.S. DISTRICT COURT
HARTFORD CT.

3:02CV1991(CFD)

January 23, 2004

## MOTION TO STAY PENDING ARBITRATION
## AND MOTION TO DISMISS CROSS-CLAIMS

Pursuant to 9 U.S.C. § 3, Defendants Langesund, D.A. and Atlantic Ice Carriers, B.V., for the reasons set forth in the accompanying memorandum of law, hereby move to stay the claims of Plaintiff Fortis Corporate Insurance pending arbitration in the City of London, England. Defendants also move pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss cross-claims of Logistec Connecticut, Inc. and Logistec USA, Inc. The bills of lading under which the plaintiff's cargo's was shipped incorporate a charter party and its arbitration clause. Accordingly, this matter should be stayed pending arbitration. Logistec's cross-claims against Langesund and AIC for indemnity and contribution should be dismissed because they are not justiciable at this time.

**WHEREFORE**, these moving Defendants pray that their motion to stay pending London arbitration and motion to dismiss the cross-claims of Logistec Connecticut, Inc. and Logistec USA, Inc. is granted.

ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED

Dated: Southport, Connecticut
January 23, 2004

Respectfully submitted,

Defendants,
LANGESUND, D.A. and
ATLANTIC ICE CARRIERS, B.V.

By: /s/ _____
Patrick F. Lennon (CT 11950)
Brent Z. Skolnick (CT 24076)
TISDALE & LENNON, LLC
10 Spruce Street
Southport, CT 06890
(203) 254-8474
(203) 254-1641 (Fax)
PLennon@tisdale-lennon.com
BSkolnick@tisdale-lennon.com

–3–

## CERTIFICATION OF SERVICE

I, Brent Z. Skolnick, an attorney duly admitted to practice before this honorable court, affirm that on this 23rd day of January, 2004, I served a copy of the foregoing via United States Postal Service, first class postage prepaid, to:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612

S. Peter Sachner, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brent Z. Skolnick