UNITED STATES DISTRICT COURT    **FILED**
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

                             Plaintiff,

        -against-

M/V LANGESUND, her engines, boilers, tackle,
appurtenances, etc. in rem, LANGESUND, D.A.,
ATLANTIC ICE CARRIERS, B.V., LOGISTEC
CONNECTICUT, INC., and LOGISTEC USA, INC.
in personam,

                         Defendants.

2004 JAN 26  P 2: 37

U.S. DISTRICT COURT
HARTFORD, CT.

3:02CV1991 (CFD)

January 23, 2004

-------------------------------------------------------------------

## DECLARATION OF BRENT Z. SKOLNICK IN SUPPORT OF MOTION TO STAY PENDING ARBITRATION AND MOTION TO DISMISS CROSS-CLAIMS

BRENT Z. SKOLNICK, an attorney duly admitted to practice before this honorable court, states, under oath, as follows:

1.     I am over the age of 18 and understand the obligation of an oath.

2.     I am associated with the law office of Tisdale & Lennon, LLC, attorneys for Defendants Langesund, D.A. ("Langesund") and Atlantic Ice Carriers, B.V. ("AIC"), and am fully familiar with the facts and procedural history of this action.

3.     True and accurate copies of the subject bills of lading dated November 27, 2001 are annexed hereto as Exhibit "1."

4.     A true and accurate copy of the subject bills of lading's "Conditions of Carriage" is annexed hereto as Exhibit "2."

5.     A true and accurate copy of the subject charter party dated November 13, 2001 is annexed hereto as Exhibit "3."

—2—

5.    A true and accurate copy of Plaintiff's Amended Verified Complaint is annexed hereto as Exhibit "4."

6.    A true and accurate copy of the Answer and Affirmative Defenses of Defendants Logistec USA, Inc. and Logistec Connecticut, Inc. is annexed hereto as Exhibit "5."

7.    A true and accurate copy of Defendant Langesund D.A.'s Answer with Cross-Claims is annexed hereto as Exhibit "6."

8.    A true and accurate copy of Defendant Atlantic Ice Carrier, B.V.'s Answer with Cross-Claims is annexed hereto as Exhibit "7."

Dated: Southport, Connecticut
       January 23, 2004

_____
Brent Z. Skolnick

—3—

## CERTIFICATION OF SERVICE

I, Brent Z. Skolnick, an attorney duly admitted to practice before this honorable court,

affirm that on this 23rd day of January, 2004, I served a copy of the foregoing via United States

Postal Service, first class postage prepaid, to:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT  06612

S. Peter Sachner, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

Brent Z. Skolnick