UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 10 P 1:59

DISTRICT COURT
HARTFORD, CT.

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.,)
      Plaintiff,

      -against-

M/V LANGESUND, her engines, boilers, tackle, appurtenances, etc., in rem, LANGESUND, D.A., ATLANTIC ICE CARRIERS, B.V., LOGISTEC CONNECTICUT, INC., and LOGISTEC U.S.A., INC.
in personam,
      Defendants.

3:02CV1991(CFD)(TPS)

February 9, 2004

**MOTION ON CONSENT OF ALL PARTIES FOR ADJOURNMENT
OF SETTLEMENT CONFERENCE SCHEDULED FOR FEBRUARY 17, 2004
BEFORE U.S. MAGISTRATE JUDGE THOMAS P. SMITH[1]**

Now comes plaintiff, Fortis Corporate Insurance (as subrogee of Trade Arbed, Inc.), and moves this Court for an adjournment of the Settlement Conference presently scheduled for February 17, 2004 before U.S. Magistrate Judge Thomas P. Smith, and states as follows in support thereof:

1.    This motion is being made with the consent and agreement of Patrick F. Lennon, Esq., counsel for defendants M/V Langesund, Langesund, D.A., Atlantic Ice Carriers, B.V., and S. Peter Sachner, Esq., counsel for defendants Logistec Connecticut, Inc. and Logistec U.S.A., Inc., in personam.

2.    That on January 26, 2004, Langesund, D.A. and Atlantic Ice Carriers, B.V. filed a Motion to Stay this Matter Pending Arbitration in London (Docket Nos. 21, 32, & 33).

---

[1] The undersigned did not receive notice of the settlement conference directly from the Court but learned of the same from S. Peter Sachner, Esq. counsel for defendants Logistec Connecticut, Inc. and Logistec U.S.A., Inc.

3. That the parties are in agreement that it is not likely that this matter will be ripe for settlement until such time as this Court has ruled on defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration.

4. That in order to save the valuable resources and time of this Court, and to prevent unnecessary expense to the parties, this request for an adjournment is being made.

5. That this request is not being made for purposes of harassment or delay.

Dated: Easton, Connecticut
February 9, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff
Fortis Corporate Insurance
(as subrogee of Trade Arbed, Inc.)

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

FortisAdjournment.doc

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail on February 9, 2004, to:


S. Peter Sachner, Esq.
Tyler Cooper & Alcorn
205 Church Street
New Haven, Connecticut 06509


Patrick F. Lennon, Esq.
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

_____
Frederick A. Lovejoy