UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.,)
    Plaintiff,

-against-

M/V LANGESUND, her engines, boilers,
tackle, appurtenances, etc., in rem,
LANGESUND, D.A., ATLANTIC ICE
CARRIERS, B.V., LOGISTEC CONNECTICUT,
INC., and LOGISTEC U.S.A., INC.
in personam,
    Defendants.

---

3:02CV1991(CFD)(TPS)

February 9, 2004

*2/11/04. Granted.*

MOTION ON CONSENT OF ALL PARTIES FOR ADJOURNMENT
OF SETTLEMENT CONFERENCE SCHEDULED FOR FEBRUARY 17, 2004
BEFORE U.S. MAGISTRATE JUDGE THOMAS P. SMITH[1]

Now comes plaintiff, Fortis Corporate Insurance (as subrogee of Trade Arbed, Inc.), and moves this Court for an adjournment of the Settlement Conference presently scheduled for February 17, 2004 before U.S. Magistrate Judge Thomas P. Smith, and states as follows in support thereof:

1. This motion is being made with the consent and agreement of Patrick F. Lennon, Esq., counsel for defendants M/V Langesund, Langesund, D.A., Atlantic Ice Carriers, B.V., and S. Peter Sachner, Esq., counsel for defendants Logistec Connecticut, Inc. and Logistec U.S.A., Inc., in personam.

2. That on January 26, 2004, Langesund, D.A. and Atlantic Ice Carriers, B.V. filed a Motion to Stay this Matter Pending Arbitration in London (Docket Nos. 21, 32, & 33).

---

[1] The undersigned did not receive notice of the settlement conference directly from the Court but learned of the same from S. Peter Sachner, Esq. counsel for defendants Logistec Connecticut, Inc. and Logistec U.S.A., Inc.