UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FORTIS CORPORATE INSURANCE ) <br> (As Subrogee of TRADE ARBED, INC.), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M/V LANGESUND, her engines, boilers, ) <br> tackle, appurtenances, etc., in rem, ) <br> LANGESUND, D.A., ATLANTIC ICE ) <br> CARRIERS, B.V., LOGISTEC ) <br> CONNECTICUT, INC., and LOGISTEC ) <br> U.S.A., INC. in personam, ) <br> ) <br> Defendants. ) | CASE NO.: 3:02CV1991 (CFD) <br><br><br><br><br><br><br><br><br><br><br><br> FEBRUARY 13, 2004 |

### MOTION ON CONSENT FOR EXTENSION OF TIME
### TO OPPOSE OR OTHERWISE RESPOND TO DEFENDANTS'
### MOTION TO STAY AND MOTION TO DISMISS

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure of this Court, defendants Logistec USA, Inc. and Logistec Connecticut, Inc. ("Logistec") hereby respectfully move this Court to extend by twenty-five (25) days the time to oppose or otherwise respond to defendants M/V Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims ("Motion to Stay/Dismiss") filed January 26, 2004. Logistec requests an extension from February 16, 2004 to on or before March 12, 2004. In support of this motion, Logistec represents:

1. This extension of time is necessary to afford Logistec the opportunity to adequately review and evaluate the various issues raised and implicated by defendants' Motion to Stay/Dismiss – including threshold jurisdictional issues – in order to prepare an effective response thereto.

2. Counsel for the defendants, Patrick F. Lennon, and counsel for the plaintiff, Frederick A. Lovejoy, consented to this request for extension of time on February 13, 2004.

3. Upon information and belief, plaintiff is likewise requesting a similar extension to respond to the Motion to Stay/Dismiss.

4. This motion is Logistec's first request to extend this deadline.

ATTORNEYS FOR THE DEFENDANTS,
LOGISTEC USA, INC. AND
LOGISTEC CONNECTICUT, INC.

By _____
S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street, P.O. Box 1936
New Haven, Connecticut 06509-1910
Telephone: (203) 784-8200
Facsimile: (203) 789-8069
E-Mail: sachner@tylercooper.com

–Their Attorneys –

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid to all counsel and pro se parties of record as follows on this 13th day of February, 2004:

Frederick A. Lovejoy, Esquire
Lovejoy & Associates
276 Center Road
Easton, Connecticut 06612

Patrick F. Lennon, Esquire
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

_____
S. Peter Sachner (ct 13421)