UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 2: 20

U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.,)
    Plaintiff,

          -against-

M/V LANGESUND, her engines, boilers,
tackle, appurtenances, etc., in rem,
LANGESUND, D.A., ATLANTIC ICE
CARRIERS, B.V., LOGISTEC CONNECTICUT,
INC., and LOGISTEC U.S.A., INC.
in personam,
    Defendants.

------------------------------------

3:02CV1991(CFD)(TPS)

February 12, 2004

**MOTION ON CONSENT FOR EXTENSION OF TIME TO AND INCLUDING
March 12, 2004 IN WHICH TO RESPOND TO DEFENDANTS
LANGESUND, D.A. AND ATLANTIC ICE CARRIERS B.V.'S MOTION
TO STAY PENDING ARBITRATION**

Now comes plaintiff, Fortis Corporate Insurance (as subrogee of Trade Arbed, Inc.), and moves this Court on consent for an extension of time to and including March 12, 2004 in which to respond to defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration, and states as follows in support thereof:

    1.    That counsel for plaintiff Fortis Corporate Insurance has spoken with Patrick F. Lennon, Esq., counsel for defendants Langesund, D.A. and Atlantic Ice Carriers, B.V., and F. Peter Sachner, Esq. counsel for Logistec Connecticut, Inc. and Logistec USA, Inc. both of whom consent to the requested extension of time in which to respond to defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration.

2. That plaintiff Fortis Corporate Insurance's counsel requests the aforementioned extension of time in order to adequately research the issues raised in defendants' motion papers, and to obtain any necessary documents from its client.

3. That this motion is not being made for the purpose of harassment or delay.

Dated: Easton, Connecticut
February 12, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff
Fortis Corporate Insurance
(as subrogee of Trade Arbed, Inc.)

By: *[signature]*
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

FortisExtension.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail on February 12, 2004, to:

S. Peter Sachner, Esq.
Tyler Cooper & Alcorn
205 Church Street
New Haven, Connecticut 06509

Patrick F. Lennon, Esq.
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

_____
Frederick A. Lovejoy