UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 17 P 2: 20
U.S. DISTRICT COURT
HARTFORD, CT.

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.,)
    Plaintiff,

    -against-

M/V LANGESUND, her engines, boilers,
tackle, appurtenances, etc., in rem,
LANGESUND, D.A., ATLANTIC ICE
CARRIERS, B.V., LOGISTEC CONNECTICUT,
INC., and LOGISTEC U.S.A., INC.
in personam,
    Defendants.

3:02CV1991(CFD)(TPS)

February 12, 2004

**MOTION ON CONSENT FOR EXTENSION OF TIME TO AND INCLUDING
March 12, 2004 IN WHICH TO RESPOND TO DEFENDANTS
LANGESUND, D.A. AND ATLANTIC ICE CARRIERS B.V.'S MOTION
TO STAY PENDING ARBITRATION**

Now comes plaintiff, Fortis Corporate Insurance (as subrogee of Trade Arbed, Inc.), and moves this Court on consent for an extension of time to and including March 12, 2004 in which to respond to defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration, and states as follows in support thereof:

1.    That counsel for plaintiff Fortis Corporate Insurance has spoken with Patrick F. Lennon, Esq., counsel for defendants Langesund, D.A. and Atlantic Ice Carriers, B.V., and F. Peter Sachner, Esq. counsel for Logistec Connecticut, Inc. and Logistec USA, Inc. both of whom consent to the requested extension of time in which to respond to defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT   2/17/04