UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

                Plaintiff,

    -against-

M/V LANGESUND, her engines, boilers,
Tackle, appurtenances, etc. in rem, LANGESUND,
D.A., ATLANTIC ICE CARRIERS, B.V.,
LOGISTEC CONNECTICUT, INC., and
LOGISTEC USA, INC. in personam,

             Defendants.
-----------------------------------------------------------------x

3:02CV1991 (CFD)

FILED
2004 MAR 12 P 12: 06
U.S. DISTRICT COURT
HARTFORD, CT

**NOTICE PURSUANT TO**
**FED. R. CIV. PROC 44.1**

March 12, 2004

S I R S :

        PLEASE TAKE NOTICE that pursuant to Rule 44.1 of the Federal Rules of

Civil Procedure, plaintiff intends to raise an issue concerning foreign law specifically, the law

of England and the law of Spain.

        This issue of foreign law will be raised in connection with the plaintiff's

opposition to defendants' motion for a stay pending London arbitration.

Dated: Easton, Connecticut
       March 12, 2004.

                 LOVEJOY & ASSOCIATES
                 Attorneys for Plaintiff

          By:_____
                 Frederick A. Lovejoy (CT03121)
                 276 Center Road
                 Easton, Connecticut 06612
                 (203) 459-9943

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail on March 12, 2004, to:


S. Peter Sachner, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910


Patrick F. Lennon, Esq.
Tisdale & Lennon LLC
10 Spruce Street
Southport, Connecticut 06890

_____
Frederick A. Lovejoy

1