UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

FORTIS CORPORATE INSURANCE :
(as subrogee of TRADE ARBED, INC.,) :
    Plaintiff, :     3:02CV1991(CFD)(TPS)
:
    -against- :
:     March 12, 2004
M/V LANGESUND, her engines, boilers, :
tackle, appurtenances, etc., in rem, :
LANGESUND, D.A., ATLANTIC ICE :
CARRIERS, B.V., LOGISTEC CONNECTICUT, :
INC., and LOGISTEC U.S.A., INC. :     NOTICE OF MANUAL FILING
in personam, :
    Defendants. :

---

    Please take notice that plaintiff Fortis Corporation Insurance (as subrogee of Trade Arbed, Inc.) has manually filed the following document or thing:

    1.    Declaration of Jose Maria Alcantara;

    2.    Declaration of Roy Kenneth Ginsberg, with Exhibits A and B;

    3.    Plaintiff's Opposition Memorandum; and

    4.    Notice Pursuant to FRCP 44.1

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

1

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff
Fortis Corporate Insurance
(as subrogee of Trade Arbed, Inc.)


By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

FortisManual.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail on March 12, 2004, to:

S. Peter Sachner, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910

Patrick F. Lennon, Esq.
Tisdale & Lennon LLC
10 Spruce Street
Southport, Connecticut 06890

_____
Frederick A. Lovejoy