UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| FORTIS CORPORATE INSURANCE (as subrogee of TRADE ARBED, INC.,) Plaintiff, | : : : : 3:02CV1991(CFD)(TPS) |
| -against- | : : March 12, 2004 |
| M/V LANGESUND, her engines, boilers, tackle, appurtenances, etc., in rem, LANGESUND, D.A., ATLANTIC ICE CARRIERS, B.V., LOGISTEC CONNECTICUT, INC., and LOGISTEC U.S.A., INC. in personam, Defendants. | : : : : : NOTICE OF MANUAL FILING : : |

---

FILED 2004 MAR 12 P 12:06 U.S. DISTRICT COURT HARTFORD, CT.

Please take notice that plaintiff Fortis Corporation Insurance (as subrogee of Trade Arbed, Inc.) has manually filed the following document or thing:

1. Declaration of Jose Maria Alcantara;

2. Declaration of Roy Kenneth Ginsberg, with Exhibits A and B;

3. Plaintiff's Opposition Memorandum; and

4. Notice Pursuant to FRCP 44.1

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

1

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff
Fortis Corporate Insurance
(as subrogee of Trade Arbed, Inc.)


By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

FortisManual.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent via U.S. Mail on March 12, 2004, to:

S. Peter Sachner, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910

Patrick F. Lennon, Esq.
Tisdale & Lennon LLC
10 Spruce Street
Southport, Connecticut 06890

Frederick A. Lovejoy