**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FORTIS CORPORATE INSURANCE | ) | |
| (As Subrogee of TRADE ARBED, INC.), | ) | CASE NO.: 3:02CV1991 (CFD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M/V LANGESUND, her engines, boilers, | ) | |
| tackle, appurtenances, etc., in rem, | ) | |
| LANGESUND, D.A., ATLANTIC ICE | ) | |
| CARRIERS, B.V., LOGISTEC | ) | |
| CONNECTICUT, INC., and LOGISTEC | ) | |
| U.S.A., INC. in personam, | ) | |
| | ) | |
| Defendants. | ) | MARCH 11, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**
**TO OPPOSE OR OTHERWISE RESPOND TO DEFENDANTS'**
**MOTION TO STAY AND MOTION TO DISMISS**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure of this Court, defendants Logistec USA, Inc. and Logistec Connecticut, Inc. ("Logistec") hereby respectfully move this Court to extend by an additional fourteen (14) days the time to oppose or otherwise respond to defendants M/V Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims ("Motion to Stay/Dismiss") filed January 26, 2004. Logistec requests an extension from March 12, 2004 to on or before March 26, 2004. In support of this motion, Logistec represents:

1.     This extension of time is necessary to afford Logistec the opportunity to adequately review and evaluate the various issues raised and implicated by defendants' Motion to Stay/Dismiss -- including threshold jurisdictional issues -- in order to prepare an effective response thereto.

2.      Counsel for the moving party, Patrick F. Lennon, consented to this request for extension of time on March 11, 2004.

3.      Upon information and belief, plaintiff is likewise requesting a similar extension to respond to the Motion to Stay/Dismiss.

4.      This motion is Logistec's second request to extend this deadline.

ATTORNEYS FOR THE DEFENDANTS,
LOGISTEC USA, INC. AND
LOGISTEC CONNECTICUT, INC.

By

S. Peter Sachner (ct13421)
TYLER COOPER & ALCORN, LLP
205 Church Street, P.O. Box 1936
New Haven, Connecticut 06509-1910
Telephone: (203) 784-8200
Facsimile:  (203) 789-8069
E-Mail:     sachner@tylercooper.com

–Their Attorneys –

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid to all counsel and pro se parties of record as follows on this 12th day of March, 2004:

Frederick A. Lovejoy, Esquire
Lovejoy & Associates
276 Center Road
Easton, Connecticut 06612

Patrick F. Lennon, Esquire
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

S. Peter Sachner (ct 13421)

F:\Sachner\Logistec re Fortis\Pleadings\Motion Ext _ Resp to Mot to Stay2.wpd