45

**GRANTED.** It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/16/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 12 P 1:09
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| FORTIS CORPORATE INSURANCE (As Subrogee of TRADE ARBED, INC.), | ) ) ) CASE NO.: 3:02CV1991 (CFD) |
| Plaintiff, | ) ) |
| v. | ) ) |
| M/V LANGESUND, her engines, boilers, tackle, appurtenances, etc., in rem, LANGESUND, D.A., ATLANTIC ICE CARRIERS, B.V., LOGISTEC CONNECTICUT, INC., and LOGISTEC U.S.A., INC. in personam, | ) ) ) ) ) ) ) |
| Defendants. | ) MARCH 11, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO OPPOSE OR OTHERWISE RESPOND TO DEFENDANTS'
MOTION TO STAY AND MOTION TO DISMISS**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure of this Court, defendants Logistec USA, Inc. and Logistec Connecticut, Inc. ("Logistec") hereby respectfully move this Court to extend by an additional fourteen (14) days the time to oppose or otherwise respond to defendants M/V Langesund, D.A. and Atlantic Ice Carriers, B.V.'s Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims ("Motion to Stay/Dismiss") filed January 26, 2004. Logistec requests an extension from March 12, 2004 to on or before March 26, 2004. In support of this motion, Logistec represents:

1. This extension of time is necessary to afford Logistec the opportunity to adequately review and evaluate the various issues raised and implicated by defendants' Motion to Stay/Dismiss – including threshold jurisdictional issues – in order to prepare an effective response thereto.

FILED 2004 MAR [illegible] U.S. DISTRICT COURT HARTFORD, CT