UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FORTIS CORPORATE INSURANCE<br>(As Subrogee of TRADE ARBED, INC.),<br><br>Plaintiff,<br><br>v.<br><br>M/V LANGESUND, her engines, boilers,<br>tackle, appurtenances, etc., in rem,<br>LANGESUND, D.A., ATLANTIC ICE<br>CARRIERS, B.V., LOGISTEC<br>CONNECTICUT, INC., and LOGISTEC<br>U.S.A., INC. in personam,<br><br>Defendants. | CASE NO.: 3:02CV1991 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br>MARCH 26, 2004 |

### DEFENDANT LOGISTEC'S RESPONSE TO DEFENDANTS' MOTION TO STAY PENDING ARBITRATION AND MOTION TO DISMISS CROSS-CLAIMS

Defendants Logistec USA, Inc. and Logistec Connecticut, Inc. ("Logistec") hereby responds to defendants' Langesund D.A. ("Langesund") and Atlantic Ice Carriers, B.V.'s ("AIC") Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims as follows.

1. Logistec has no objection to this matter being stayed pending arbitration pursuant to co-defendants' Motion to Stay.

2. However, Logistec reserves its right, pending the Court's disposition on the Motion to Stay Pending Arbitration, to object or otherwise respond to co-defendants' Motion to

Dismiss Logistec's cross-claims against Langesund and AIC for indemnity and contribution. Co-defendant avers that these cross-claims should be dismissed "because they are not justiciable at this time." Should this Court deny co-defendants' Motion to Stay, then Logistec's cross-claims are and would be justiciable and should be allowed to proceed in this proceeding presently pending in the District of Connecticut.

    Respectfully submitted,

    ATTORNEYS FOR THE DEFENDANTS,
    LOGISTEC USA, INC. AND
    LOGISTEC CONNECTICUT, INC.

By_____
    S. Peter Sachner (ct13421)
    TYLER COOPER & ALCORN, LLP
    205 Church Street, P.O. Box 1936
    New Haven, Connecticut 06509-1910
    Telephone: (203) 784-8200
    Facsimile:  (203) 789-8069
    E-Mail:    sachner@tylercooper.com

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid to all counsel and pro se parties of record as follows on this 26th day of March, 2004:

Frederick A. Lovejoy, Esquire
Lovejoy & Associates
3695 Post Road
Southport, Connecticut 06890

Patrick F. Lennon, Esquire
Tisdale & Lennon
10 Spruce Street
Southport, Connecticut 06890

_____
S. Peter Sachner (ct 13421)