UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 13  A 10: 54
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------------X
FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

                Plaintiff,

   -against-

M/V LANGESUND, her engines, boilers, tackle,
appurtenances, etc. in rem, LANGESUND, D.A.,
ATLANTIC ICE CARRIERS, B.V., LOGISTEC
CONNECTICUT, INC., and LOGISTEC USA, INC.:
in personam,

                Defendants.
---------------------------------------------------------------

3:02CV1991 (CFD)

April 12, 2004

**MOTION ON CONSENT FOR ENLARGEMENT OF TIME**

Pursuant to D. Conn. L. Civ. R 7(b), Defendants LANGESUND D.A. and ATLANTIC ICE CARRIERS respectfully request an extension until Friday, April 16, 2004 to file a reply memorandum of law in support of their Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims dated January 23, 2004. This extension is necessary to afford these moving defendants the opportunity to adequately review and evaluate the various issues raised by the plaintiff and co-defendant in their respective memoranda of law in order to prepare an effective response thereto. All parties have consented to these moving defendants' requested extension. This is the moving defendants' first request for an extension of time with respect to this deadline.

      **WHEREFORE**, the parties having agreed to said enlargement of time, Defendant requests that the Court grant its motion.

## CERTIFICATION OF SERVICE

I, Brent Z. Skolnick, an attorney duly admitted to practice before this honorable court, affirm that on this 12th day of April, 2004, I served a copy of the foregoing via facsimile and United States Postal Service, first class postage prepaid and facsimile, to:

***Via US Mail and Facsimile: (203) 459-9943***
Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT  06612

***Via US Mail and Facsimile: (203) 789-2133***
S. Peter Sachner, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

*[signature]*
Brent Z. Skolnick

Dated: Southport, CT
April 12, 2004

                                      Respectfully submitted,

                                      Defendants,
                                      LANGESUND D.A. and
                                      ATLANTIC ICE CARRIERS


                               By: _____
                                      Patrick F. Lennon (CT 11950)
                                      Brent Z. Skolnick (CT 24076)
                                      TISDALE & LENNON, LLC
                                      10 Spruce Street
                                      Southport, CT 06890
                                      (203) 254-8474
                                      (203) 254-1641 (Fax)
                                      PLennon@tisdale-lennon.com
                                      BSkolnick@tisdale-lennon.com