UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 13 A 10: 54
U.S. DISTRICT COURT
HARTFORD, CT.

-----------------------------------------------------------X

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

        Plaintiff,

3:02CV1991 (CFD)

-against-

M/V LANGESUND, her engines, boilers, tackle,
appurtenances, etc. in rem, LANGESUND, D.A.,
ATLANTIC ICE CARRIERS, B.V., LOGISTEC
CONNECTICUT, INC., and LOGISTEC USA, INC.:
in personam,

April 12, 2004

        Defendants.

-----------------------------------------------------------

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/14/04

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME

Pursuant to D. Conn. L. Civ. R 7(b), Defendants LANGESUND D.A. and ATLANTIC ICE CARRIERS respectfully request an extension until Friday, April 16, 2004 to file a reply memorandum of law in support of their Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims dated January 23, 2004. This extension is necessary to afford these moving defendants the opportunity to adequately review and evaluate the various issues raised by the plaintiff and co-defendant in their respective memoranda of law in order to prepare an effective response thereto. All parties have consented to these moving defendants' requested extension. This is the moving defendants' first request for an extension of time with respect to this deadline.

**WHEREFORE**, the parties having agreed to said enlargement of time, Defendant requests that the Court grant its motion.

FILED 04 APR 15 P 12:00 U.S. DISTRICT COURT HARTFORD, CT.