# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FORTIS CORPORATE INSURANCE
(as subrogee of TRADE ARBED, INC.),

    v.                       CASE NUMBER: 3:02 1991 (CFD)

M/V LANGESUND, et al

FILED 2004 APR 16 A 10: 37
U.S. DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Langesund, D.A. and Atlantic Ice Carriers

| | |
|---|---|
| 4/15/04 | [Signature] |
| Date | Signature |
| CT 24076 | Brent Z. Skolnick |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-254-8474 | 10 Spruce Street |
| Telephone Number | Address |
| 203-254-1641 | Southport, CT 06890 |
| Fax Number | |
| bskolnick@tisdale-lennon.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Fred Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612

S. Peter Sachner, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509

[Signature]
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001