UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FORTIS CORPORATE INSURANCE  :
(As Subrogee of TRADE ARBED, INC.)  :
    Plaintiff,  :
                                :   Civil Action No. 3:02 CV 1991 (CFD)
    v.  :
                                :
M/V LANGESUND, her engines, boilers,  :
Tackle, appurtenances, etc., in rem, et al.  :
    Defendants.  :

## RULING

Pending is Defendants' Langesund, D.A. and Atlantic Ice Carriers, B.V., Motion to Stay Pending Arbitration and Motion to Dismiss Cross-Claims [Doc. #31].

The Motion to Stay Pending Arbitration is GRANTED. United States General Maritime law and the Carriage of Goods by Sea Act, 46 U.S.C. Appx. § 1300, et seq. apply, and the bills of lading validly incorporate the November 13, 2001 charter party, including the arbitration clause. Thus, the claims of the plaintiff are stayed pending arbitration in London. See Continental Ins. Co. v. Polish Steamship Co., 346 F.3d 281 (2d Cir. 2003).

The Motion to Dismiss Cross-Claims is GRANTED, absent objection, in light of the ruling above on the Motion to Stay.

IT IS SO **ORDERED**.

Dated at Hartford, Connecticut this 15th day of September, 2004.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE