UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FORTIS CORPORATE INSURANCE <br> (As Subrogee of TRADE ARBED, INC.), <br><br> Plaintiff, <br><br> v. <br><br> M/V LANGESUND, her engines, boilers, tackle, appurtenances, etc., in rem, LANGESUND, D.A., ATLANTIC ICE CARRIERS, B.V., LOGISTEC CONNECTICUT, INC., and LOGISTEC U.S.A., INC. in personam, <br><br> Defendants. | ) CASE NO.: 3:02CV1991 (CFD) <br><br><br><br><br><br><br><br><br><br><br><br> JUNE 1, 2006 |

PARTIES STATUS REPORT

A.  **Nature of Case**

    1.  **Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.**

This case involves the ocean carriage of a shipment of steel wide flange I-Beams shipped from Pasajes, Spain to New Haven, Connecticut. Plaintiffs have alleged that the cargo was shipped in good order and condition, and was thereafter discharged in damaged condition. Langesund D.A. and Atlantic Ice Carriers, B.V., and the stevedores (Logistec defendants) have denied that they caused the damages alleged.

2. **List any pending motions.**

No pending motions. On September 15, 2004, the Court (Droney, J.) granted defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s motion to stay pending arbitration and motion to dismiss cross claims of the Logistec defendants. It is Logistec's position that, consistent with its response to motion to stay pending arbitration dated March 26, 2004, all of the claims of plaintiff (i.e., the entire action) have been stayed pending arbitration in London. It is plaintiff's position that only those claims against Langesund and Atlantic Ice Carriers have been stayed because no arbitration agreement was entered into between plaintiffs and defendant Logistec. Plaintiff also claims that all of the witnesses and evidence concerning Logistec's purported actions are located in Connecticut. As such, the Court's clarification on this issue is required.

3. **Will this matter be tried to a jury or to the court? If it will be tried partially to each, explain.**

This matter is to be tried to the Court. See Fed. R. Civ. P. 9(h) and 38. However, see Sec. A.2. above.

B. **Discovery**

1. **Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?**

Plaintiff exchanged paper discovery prior to the ruling staying the matter pending arbitration. See Sec. A.2. above. Additional discovery needs to be completed. Location of some witnesses may be overseas.

C. **Settlement**

1. **When was the last settlement conference and who conducted it?**

Not applicable. The Court had referred the case to Magistrate Judge Thomas Smith for a settlement conference on 2/17/04, but granted the parties' motion for adjournment of settlement conference on 2/10/04 (in light of the pending motion to stay). Plaintiff requests that a settlement

        conference be rescheduled.

2. **Are there any outstanding reports due any party or the person conducting the settlement conference?**

        Not applicable.

3. **Do the parties believe a settlement conference would be beneficial at this time.**

        Plaintiff believes that a settlement conference could be useful. Langesund and Atlantic Ice Carriers are not opposed to any settlement conference provided that they are not required to take part in any such conference. Given the stay, Logistec does not feel that a conference would be productive.

D. **Trial Preparation**

1. **When will the case be ready for trial?**

        The Court granted defendants Langesund, D.A. and Atlantic Ice Carriers, B.V.'s motion to stay pending arbitration in London. See Sec. A.2. above. It is Logistec's position that any trial date will depend upon the outcome of arbitration. It is Plaintiff's position that the case will be ready for trial upon the completion of discovery and that it is not necessary that the arbitration in London be completed prior to a trial in this Court.

2. **What additional preparation, other than that previously discussed, is required?**

        Not applicable.

3. **Are there additional pleadings to be filed? If so, state there nature.**

        None anticipated at this time.

4. **Has a joint trial memorandum been filed? If not, when is it due?**

        No. See Sec. A.2. above. It is Plaintiff's position that any applicable joint trial memorandum would be filed following the completion of discovery. It is Logistec's position that any joint trial memorandum would not be due until after the arbitration and completion of discovery.

| | |
|---|---|
| Dated: Easton, Connecticut<br>June 1, 2006 | LOVEJOY & ASSOCIATES<br>Attorneys for Plaintiff<br>FORTIS CORPORATE INSURANCE<br><br>BY:_____/S/_____<br>Frederick A. Lovejoy (CT 03121)<br>3695 Post Road<br>Easton, Connecticut 06612<br>(203) 459-9941<br>(203) 459-9943 (telefax) |
| Dated:   New Haven, Connecticut<br>June 1, 2006 | TYLER COOPER & ALCORN, LLP<br>Attorneys for Defendants,<br>LOGISTEC USA, INC. and<br>LOGISTEC CONNECTICUT, INC.<br><br>BY:_____/S/_____<br>Timothy P. Jensen (CT 18888)<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>(203) 784-8200<br>(203) 789-8069 (telefax) |
| Dated:   Southport, Connecticut<br>June 1, 2006 | TISDALE & LENNON, LLC<br>Attorneys for Defendants,<br>LANGESUND, D.A. and<br>ATLANTIC ICE CARRIERS, B.V.<br><br>BY:____/S/_____<br>Patrick F. Lennon (CT 11950)<br>10 Spruce Street<br>Southport, Connecticut   06890<br>(203) 254-8474<br>(203) 254-1641 (telefax) |

## NOTICE OF FILING AND SERVICE

I hereby certify that on June 1, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    _____
Timothy P. Jensen ct 18888
TYLER COOPER & ALCORN, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Tel. No.:      (203)784-8200
Fax:           (203) 789-8069
tjensen@tylercooper.com