UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **FORTIS CORP INS** | : |
| | : |
| **Plaintiff** | : Case No: 3:02-CV-01991 (CFD) |
| | : |
| **Vs.** | : |
| | : |
| **LANGESUND M/V, ET AL.** | : |
| | : |
| **Defendants** | : June 30, 2006 |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned counsel respectfully requests permission to withdraw his appearance for defendants, Logistec Connecticut, Inc. and Logistec USA, Inc. ("Logistec"), in this matter. The reason for this request to withdraw is that the undersigned counsel has recently changed law firms, and Logistec continues to have counsel of record from the law firm of Tyler Cooper & Alcorn, LLP appearing in its behalf in this action. Logistec has been sent notice of this Motion by mail.

                    Respectfully submitted,

                    DEFENDANTS,
                    Logistec Connecticut, Inc., and
                    Logistec USA, Inc.

                    _____
                    S. Peter Sachner (ct13421)
                    Sachner & O'Connor
                    The Crossroads West
                    765 Straits Turnpike, Bldg. 2, Ste. 1001
                    Middlebury, CT 06082
                    Phone: 203-598-7585
                    Fax: 203-598-7595
                    E-Mail: psachner@sachneroconnor.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2006, a copy of the foregoing MOTION TO WITHDRAW APPEARANCE AS COUNSEL was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Timothy P. Jensen
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509-1910
jensen@tylercooper.com
**Counsel for Logistec Connecticut, Inc.**
**Logistec USA, Inc.**

Patrick F. Lennon
Brent Zeff Skolnick
Tisdale & Lennon
10 Spruce St.
Southport, CT 06490
plennon@tisdale-lennon.com
**Counsel for Langesund M/V**
**Atlantic Ice**

Frederick A. Lovejoy
Lovejoy & Associates
Post Office Box 56
Easton, CT 06612
lovejoyadm@aol.com
**Counsel for Fortis Corp Ins.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　S. Peter Sachner (ct13421)