UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
FORTIS CORPORATE INSURANCE :
(as subrogee of TRADE ARBED, INC.),
 :
                  Plaintiff,                          3:02CV1991 (CFD)
 :
   -against-
 :
M/V LANGESUND, her engines, boilers, tackle,
appurtenances, etc. in rem, LANGESUND, D.A., :
ATLANTIC ICE CARRIERS, B.V., LOGISTEC              July 17, 2006
CONNECTICUT, INC., and LOGISTEC USA,
INC., in personam, :

                  Defendants. :
------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned counsel respectfully requests permission to withdraw the appearance of Attorney Brent Z. Skolnick for Defendants Langesund D.A. and Atlantic Ice Carriers, B.V. The reason for this request to withdraw is that he is no longer employed with Tisdale & Lennon, LLC and Defendants Langesund D.A. and Atlantic Ice Carriers, B.V. continue to have counsel of record from Attorney Patrick Lennon of Tisdale & Lennon, LLC.

Dated: Southport, CT
       July 17, 2006                     Defendants,
                                         LANGESUND D.A. and
                                         ATLANTIC ICE CARRIERS

                              By:      /s/
                                      Brent Z. Skolnick (CT 11950)
                                      TISDALE & LENNON, LLC
                                      10 Spruce Street, Southport, CT 06890
                                      (203) 254-8474
                                      (203) 254-1641 (Fax)
                                      PLennon@tisdale-lennon.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 17, 2006, a copy of the foregoing MOTION TO WITHDRAW APPEARANCE AS COUNSEL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Brent Z. Skolnick