UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FORTIS CORPORATE INSURANCE<br>(As Subrogee of TRADE ARBED, INC.),<br><br>Plaintiff,<br><br>v.<br><br>M/V LANGESUND, her engines, boilers, tackle, appurtenances, etc., in rem, LANGESUND, D.A., ATLANTIC ICE CARRIERS, B.V., LOGISTEC CONNECTICUT, INC., and LOGISTEC U.S.A., INC. in personam,<br><br>Defendants. | ) CASE NO.: 3:02CV1991 (CFD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DECEMBER 23, 2006 |

## PARTIES' PROPOSED SCHEDULING ORDER

Pursuant to this Court's request on December 12, 2006, the parties hereby submit the following Proposed Scheduling Order:

1. Discovery to start immediately and to be completed by February 26, 2007.

2. Plaintiff's disclosure of expert witness(es) by January 15, 2007.

3. Plaintiff's damages analysis by January 15, 2007.

4. Deposition of Plaintiff's expert witness(es) by January 29, 2007.

5. Defendants' disclosure of expert witness(es) by February 5, 2007.

6. Deposition of Defendants' expert witness(es) by February 19, 2007.

7. Given the stay of the claims against the Langesund defendants, the fact that Plaintiff has chosen not to pursue arbitration in London and the parties' inaction for the last two years, Defendants request that dispositive motions, if any, be due by February 12, 2007. Plaintiff takes the position that dispositive motions are not timely under the

original scheduling order.

8. Joint Trial Memorandum to be filed by March 1, 2007.

9. Trial ready by March 2007.

Dated: Easton, Connecticut  
December 23, 2006

LOVEJOY & ASSOCIATES  
Attorneys for Plaintiff  
FORTIS CORPORATE INSURANCE

BY:_____/S/_____  
Frederick A. Lovejoy (CT 03121)  
3695 Post Road  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

Dated:  New Haven, Connecticut  
December 23, 2006

TYLER COOPER & ALCORN, LLP  
Attorneys for Defendants,  
LOGISTEC USA, INC. and  
LOGISTEC CONNECTICUT, INC.

BY:_____/S/_____  
Timothy P. Jensen (CT 18888)  
205 Church Street  
New Haven, Connecticut 06509-1910  
(203) 784-8200  
(203) 789-8069 (telefax)  
tjensen@tylercooper.com

## NOTICE OF FILING AND SERVICE

I hereby certify that on December 23, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

```
                              /S/
                    _____
                    Timothy P. Jensen ct 18888
                    TYLER COOPER & ALCORN, LLP
                    205 Church Street
                    P.O. Box 1936
                    New Haven, CT 06509-1910
                    Tel. No.:    (203)784-8200
                    Fax:   (203) 789-8069
                    tjensen@tylercooper.com
```