**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FORTIS CORPORATE INSURANCE<br>(As Subrogee of TRADE ARBED, INC.),<br><br>Plaintiff,<br><br>v.<br><br>M/V LANGESUND, her engines, boilers,<br>tackle, appurtenances, etc., in rem,<br>LANGESUND, D.A., ATLANTIC ICE<br>CARRIERS, B.V., LOGISTEC<br>CONNECTICUT, INC., and LOGISTEC<br>U.S.A., INC. in personam,<br><br>Defendants. | CASE NO.: 3:02CV1991 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br>February 23, 2007 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties to the above-captioned action hereby stipulate that this action be voluntarily dismissed with prejudice and without costs or attorneys' fees to any party.

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff
FORTIS CORPORATE INSURANCE


BY:_____/S/_____
Frederick A. Lovejoy (CT 03121)
3695 Post Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)


TYLER COOPER & ALCORN, LLP
Attorneys for Defendants,
LOGISTEC USA, INC. and
LOGISTEC CONNECTICUT, INC.


BY:_____/S/_____
Timothy P. Jensen (CT 18888)
205 Church Street
New Haven, Connecticut 06509-1910
(203) 784-8200
(203) 789-8069 (telefax)
tjensen@tylercooper.com

**NOTICE OF FILING AND SERVICE**

     I hereby certify that on February 23, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        _____/S/_____
        Timothy P. Jensen ct 18888
        TYLER COOPER & ALCORN, LLP
        205 Church Street
        P.O. Box 1936
        New Haven, CT 06509-1910
        Tel. No.:   (203)784-8200
        Fax:   (203) 789-8069
        tjensen@tylercooper.com